# MENDES & MOUNT, LLP
A NEW YORK LIMITED LIABILITY PARTNERSHIP

| NEW YORK OFFICE | ONE NEWARK CENTER | LOS ANGELES OFFICE |
|---|---|---|
| 750 SEVENTH AVENUE | NEWARK, NJ 07102-5259 | 445 SOUTH FIGUEROA STREET |
| NEW YORK, NY 10019-6829 | | THIRTY-EIGHTH FLOOR |
| TELEPHONE: (212) 261-8000 | TELEPHONE: (973) 639-7300 | LOS ANGELES, CA 90071-1601 |
| FACSIMILE: (212) 261-8750 | FACSIMILE: (973) 639-7350 | TELEPHONE: (213) 955-7700 |
| | | FACSIMILE: (213) 955-7725 |

ROBERT F. PRIESTLEY
WILLIAM S. WACHENFELD
RESIDENT PARTNERS

March 11, 2008

**VIA PACER**

Hon. Claire C. Cecchi, U.S.M.J.
United States District Court
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut St.
Newark, NJ 07102

**ORDER ON ORAL MOTION**

Re:   Catlin Syndicate Limited v. Costas Prodromou, et al.
        Civil Action No: CV-1618-06 (WHW)
        Our File No.: 390,647

Dear Judge Cecchi:

As you know, this office represents the plaintiff, Catlin Syndicate Limited in the above-referenced matter. We write in regard to the scheduling order signed by Your Honor on March 5, 2008, related to the scheduling conference call held on February 15, 2008.

Our records from the conference call held on February 15th reflect that per our office's request, additional written discovery demands could be served up until 45 days from the date of the conference call. However, Your Honor's order reflects a date of February 29, 2008, for service of any additional written discovery demands, which date has already passed.

As I believe Your Honor is aware, my partner, Robert Priestley, who is primarily responsible for the handling of this matter, was out of the office at the time of the conference call due to the death of his twenty-eight year old son in the Far East. Knowing Mr. Priestley would be out of the country/out of the office until the end of February, I believe I requested until the end of March as the deadline to serve affirmative discovery. We received Your Honor's order after the February 29 deadline set forth therein.

Hon. Claire C. Cecchi, U.S.M.J.
March 11, 2008
Page 2

On this date we served five (5) interrogatories and three (3) document demands on counsel for defendants. We tried to contact Mr. Pagliuca, on Friday of last week and Monday of this week to obtain his consent to the service of this limited discovery but are advised he is out of the office this week.

For all of the reasons set forth above, we respectfully request that the order be revised to extend the deadline for service of additional written discovery through this Friday, March 14, 2008. We note that since fact discovery is to remain open through June 15, 2008, we do not believe any parties to this action will be prejudiced in any way by this brief extension.

Thank you for your consideration of the within request.

Respectfully submitted,

**MENDES & MOUNT, LLP**

By: _____
Anthony M. Tessitore

cc: James Pagliuca, Esq. (Via Facsimile)

*The deadline for service of additional written discovery is hereby extended to March 14, 2008.*

SO ORDERED
s/Claire C. Cecchi
_____
Claire C. Cecchi, U.S.M.J.
Date: 3/12/08